IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID LAWRENCE DAVIS,
        Appellant,

 v.                                                    Case No.  5D21-2936
                                                       LT Case Nos. 2017-CF-988-A
                                                                    2017-CF-989-A
                                                                    2016-CF-1227-A

STATE OF FLORIDA,
        Appellee.
_____/

Decision filed December 13, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender, and
Edward J. Weiss, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

        AFFIRMED.

EVANDER, EISNAUGLE and HARRIS, JJ., concur.